DECEMBER 19, 1952

No. 57008.—The Josebra Company v. United States, protests. 115893–K, 117513–K, and 126422–K. C. D. 1476. Motion of Government for rehearing denied.

No. 57009.—Lenox, Inc. v. United States, protest 144299–K. Plaintiff's application for rehearing granted.